**DISMISS and Opinion Filed November 28, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00811-CV

### IN THE INTEREST OF A.M.B., A CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-02289**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Whitehill
Opinion by Justice Bridges

Appellant has filed a motion that recites she and appellee have settled their differences and

prays the appeal be dismissed. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

180811F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF A.M.B., A CHILD

No. 05-18-00811-CV

On Appeal from the 303rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-15-02289.
Opinion delivered by Justice Bridges, Justices Brown and Whitehill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered November 28, 2018.